MARCH 1, 1949

**No. 52910.**—SUIT 4591.—Greene Cattle Co., Inc. v. United States.— C. D. 1076 affirmed January 5, 1949. C. A.D. 397.

**No. 52911.**—SUIT 4597.—Paramount Pictures, Inc. v. United States.— C. D. 1098 affirmed January 5, 1949. C. A. D. 395.

MARCH 4, 1949

**No. 52912.**—SUIT 4598.—United States v. W. C. Hardesty Co., Inc.— C. D. 1092 reversed January 5, 1949.    C. A. D. 396.

**No. 52913.**—SUIT 4604.—Pramette Juvenille Furniture Co. v. United States.— C. D. 1109 affirmed January 5, 1949.    C. A. D. 398.